# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC11 | E1394136 | S. MYERS | 5449 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 12/05/2024, 1237
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(a)(12)(b)(26)
Place of Offense: 11301 WILSHIRE BLVD, LA CITY, CA 90073 BLDG 500 LOADING DOCK AREA, PARKED IN FRONT OF LIQUID OXYGEN TANK, "NO PARKING" AREA
HAZMAT ☐

Offense Description: Factual Basis for Charge:
PARKING IN OTHER UNAUTHORIZED SPACES, PARKING IN "NO-PARKING" AREAS

691CVNA2500D15

### DEFENDANT INFORMATION

Last Name: VANDENDRIES
First Name: ERIC

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 0376551 | CA | M | CHEV/SILVERADO | | WHT |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 15 Forfeiture Amount
+ $30 Processing Fee
$ 45.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: DRIVER NOT PRESENT

Original - CVB Copy

*E1394136*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on DECEMBER 5, 2024 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/05/2024    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/31/2024 10:44